Argued and submitted November 18, 1987, affirmed June 22, 1988

In the Matter of the Compensation of
Myron W. Rencehausen, Sr., Claimant.

## WEYERHAEUSER COMPANY,
*Petitioner,*

*v.*

## RENCEHAUSEN,
*Respondent.*

(WCB No. 86-11026; CA A43484)

757 P2d 860

Daniel M. Spencer, Coos Bay, argued the cause for petitioner. With him on the brief was Foss, Whitty & Roess, Coos Bay.

Michael R. Stebbins, North Bend, argued the cause for respondent. With him on the brief was Hayner, Stebbins & Coffey, North Bend.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

This is a companion case to *Weyerhaeuser Co. v. Rencehausen (A43268),* 91 Or App 719, 757 P2d 859 (1988). Employer refused to pay temporary total disability for the period April 1, 1985, to January 29, 1986, pending appeal of a referee's order to pay that compensation. A second referee ordered payment of the temporary total disability, pending appeal of the first referee's order, and awarded penalties and attorney fees to claimant. ORS 656.313. The Board affirmed. Employer seeks review. We affirm. *Weyerhaeuser Co. v. Nolan,* 89 Or App 90, 747 P2d 394 (1987), *rev den* 305 Or 595 (1988).

Affirmed.